# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

BENJAMIN C. SMITH,

                 Plaintiff,

vs.

CONSUMER CELLUAR INC, and
TARGET STORE'S INC,

         Defendants.

No. CV-21-23-H-SEH

**ORDER**

On June 17, 2021, the Court ordered Plaintiff to file an amended complaint on or before June 28, 2021.[1] None was filed as ordered or at all.

---

[1] Doc. 6.

ORDERED:

This case is DISMISSED for failure to comply with the Court's Order of

June 17, 2021.[4]

DATED this _6th_ day of July, 2021.

SAM E. HADDON
United States District Judge

---

[4] Doc. 6.